# First District Court of Appeal
## State of Florida

No. 1D19-0294

Jeffrey Ammeen, as Guardian
and Father of Jade Ammeen and
Aja Ammeen,

Appellant,

v.

Wade Sjogren, Individually
and as Co-Trustee of the Kirsten
Ammeen and Issue Year 2002
Trust and Jeffrey Ammeen, as
Administrator of the Estate of
Kirsten Ammeen,

Appellees.

On appeal from the Circuit Court for Duval County.
Peter L. Dearing, Judge.

March 18, 2019

Per Curiam.

Because the notice of appeal was not timely filed, this case is hereby dismissed for lack of jurisdiction. *See* Fla. R. App. P. 9.110(b); *Peltz v. Dist. Court of Appeal, Third Dist.*, 605 So. 2d 865, 866 (Fla. 1992).

Wetherell, Osterhaus, and Winokur, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Markus A. Sermons of Sermons Law, PLLC, Orange Park, for Appellant.

No appearance for Appellees.